IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00459-BO

**Ovis Matamoros Canales,** on behalf of himself and al others similarly situated,

Plaintiffs,

v.

**OPW Fueling Components, LLC**,

Defendant.

**Order**

Before the court is a motion to seal. D.E. 65. In response to the court's Order, (D.E. 63), Defendant filed a proposed sealed submission, (D.E. 64), that redacts portions of the Memorandum and Order on the motions to disqualify and for sanctions, (D.E. 62). Plaintiff does not oppose the sealing. D.E. 69.

For good cause shown, the court grants the motion to seal in part. D.E. 65. The Clerk shall file the Memorandum and Order with the Defendant's redactions. D.E. 64. The redacted Memorandum and Order will be unsealed on the docket, but the original Memorandum and Order (D.E. 62) will remain under seal. *See* D.E. 63.

Dated: April 2, 2024.

_Robert T. Numbers II_
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE