IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CA No.: 5:22-cv-00459-BO-RJ

| | |
|---|---|
| OVIS MATAMOROS CANALES, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| OPW FUELING COMPONENTS LLC, | ) ) |
| *Defendant*. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is given that Plaintiff Ovis Matamoros Canales, in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit, pursuant to Rule 4(a)(4) of the Federal Rules of Appellate Procedure, the Order entered June 5, 2024 [DE 108] denying Plaintiff's Motion for Reconsideration [DE 74].

Respectfully submitted, June 19, 2024.

/s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, the foregoing **PLAINTIFF'S NOTICE OF APPEAL** was served in accordance with the Federal Rules of Civil Procedure on the following:

David I. Klass (NC Bar No. 53342)
Nicholas Hulse (NC Bar No. 54603)
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone; (704) 334-4565
Facsimile: (704) 334-9774
dklass@fisherphillips.com
nhulse@fisherphillips.com

*Attorneys for Defendant*

/s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com

*Attorneys for Plaintiff*