IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00459-BO-RJ

|  |  |  |
|---|---|---|
| OVIS MATAMOROS CANALES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| OPW FUELING COMPONENTS LLC, | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the motion of Plaintiff Canales [DE 232], who seeks to manually file a video exhibit in support of his pending motion for summary judgment. Plaintiff submits that the video file is too large to be submitted electronically, and that manual filing should be permitted under § V(A)(2)(b) of the Electronic Case Filings Administration Policies and Procedures Manual.

The Court agrees. The motion to manually file [DE 232] is GRANTED.

SO ORDERED, this 11 day of July 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE